AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America<br>v.<br><br>Shurkri Brown<br><br>*Defendant(s)* | )<br>)<br>) Case No.   18 - **115m**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 22 2018** in the county of **New Castle** in the **_____** District of **Delaware**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 1. 18 U.S.C. §922(g) | 1. Felon in possession of a firearm |
| 2. 21 U.S.C. §841(a)(1), (b)(1)(C), | 2. Possession within intent to distribute, and distribute, cocaine and crack cocaine, schedule II controlled substances. |

This criminal complaint is based on these facts:
See the attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas Hoffman, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/28/18

_____
*Judge's signature*

City and state: Wilmington, Delaware     Hon. Mary Pat Thynge, Chief U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Thomas Hoffman, Special Agent, assert that the following is true to the best of my knowledge, information, and belief:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco and Firearms and Explosives (ATF) in Wilmington, Delaware. I have been a Special Agent with ATF for approximately twelve years. As part of my duties, responsibilities and training, and in the course of my investigative experience, I have become familiar with the statutes, rules and regulations, policies and procedures, relating to the Bureau of Alcohol, Tobacco and Firearms and Explosives, including but not limited to the illegal possession of firearms by prohibited persons, and other laws enforced by the Bureau of Alcohol, Tobacco and Firearms. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. In that capacity, I am currently assigned to the investigation of Shurkri BROWN (born in the year 1983, FBI#: 473705DB0) (hereinafter "BROWN"). I make this affidavit in support of a criminal complaint and arrest warrant for BROWN for the violation of SPECIFIED FEDERAL OFFENSES, as indicated below.

3. All information contained in this Affidavit is either personally known by me or has been related to me by other law enforcement agents unless otherwise indicated. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause that the Defendant violated the SPECIFIED FEDERAL OFFENSES.

### THE SPECIFIED FEDERAL OFFENSES

4. Your affiant submits that there is probable cause to believe that BROWN has committed the following SPECIFIED FEDERAL OFFENSES:

   a. Count 1 - Title 18, United States Code, Section 922(g)(1), which makes it unlawful for any felon (a person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year) to possess a firearm.

   b. Count 2 – Title 21, United States Code, Section 841(a)(1), (b)(1)(C), which makes it unlawful for anyone to possess a mixture and substance containing a detectable amount of heroin with the intent to distribute the substance.

### FACTS IN SUPPORT OF PROBABLE CAUSE

5. Pursuant to an ongoing narcotics investigation, a Wilmington Police Department Detective obtained a search warrant for 1012 Kirkwood Street, Wilmington, Delaware.

6. On May 22, 2018, Wilmington Police Department Officers executed the search warrant on 1012 Kirkwood Street, Wilmington, Delaware. Upon entry, BROWN was taken into custody and advised of his Miranda Rights. BROWN waived his rights and stated to the interviewer that he possessed a .22 caliber handgun under the mattress in his bedroom and "a few sticks" of heroin. BROWN added that his bedroom was located upstairs and was the western facing master bedroom. A search of that bedroom was conducted and a Criterion Die & Metal Inc. (CDM) .22 caliber revolver, serial# 315431 was recovered from under the mattress. The revolver was loaded with four rounds of .22 caliber ammunition. Police also seized, drug paraphernalia, approximately 1 gram of marijuana, 3.5 grams of cocaine, 18 prescription pills, and 18.865 grams of heroin.

7. BROWN was later interviewed on video at the Wilmington Police Department. After again being advised of his rights, BROWN signed a written waiver and agreed to talk to Detectives. BROWN stated that he owned the firearm that police found, that he obtained the gun for protection, and that he was in the business of selling heroin.

8. Your affiant spoke with an ATF Interstate Nexus Expert regarding the recovered Criterion Die & Metal Inc. (CDM) .22 caliber revolver. The Interstate Nexus Expert confirmed that the revolver was not manufactured in the state of Delaware and therefore affected interstate commerce.

9. According to NCIC, prior to this arrest BROWN was convicted of multiple felonies to include: (1) Manufacturing, Delivers, or Possesses With Intent to Manufacture, Deliver a Controlled Substance; (2) Manufactures, Delivers, or Possession with Intent to Deliver a Controlled Substance with an Aggravating Factor; Distribution, Delivery, or Possession of Controlled Substance 300 feet of a Park; (3) Conspiracy Second Degree – Agreement to Aid Another Felony/Overt Act; (4) Possession With Intent To Deliver a Narcotic Schedule II Controlled Substance; and (5) Carrying a Concealed Deadly Weapon—each of which would legally prohibit BROWN from possessing of firearms.

## CONCLUSION

10.	Based on the foregoing, I submit that there is probable cause to believe that Shurkri BROWN violated the SPECIFIED FEDERAL OFFENSES indicated above. Therefore, I respectfully request that the Court issue a criminal complaint charging those offenses and a warrant for their arrests.

_____
Thomas Hoffman, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and Sworn before me
this ___ day of _____, 2018

_____
HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE

3